John P. Aldrich, Esq.
Nevada Bar No. 6877
Stephanie Cooper, Esq.
Nevada Bar No. 5919
**ALDRICH LAW FIRM, LTD.**
1601 S. Rainbow Blvd., Suite 160
Las Vegas, Nevada 89146
Tel (702) 853-5490
Fax (702) 227-1975
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUMMIT CANYON RESOURCES, LLC, | Case No.: 2:15-cv-00656 |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO MOTION TO INTERVENE** |
| GEORGE A TANKSLEY; LASHAWN THOMPSON-TANKSLEY; FEDERAL NATIONAL MORTGAGE ASSOCIATION; FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC; CITIMORTGAGE, INC., DOES I through V, inclusive; and ROE CORPORATIONS, I through V, inclusive, | *(FIRST REQUEST)* |
| Defendants. | |
| AND ALL RELATED ACTIONS. | |

Plaintiff SUMMIT CANYON RESOURCES, LLC by and through their undersigned counsel, John P. Aldrich, Esq., of the Aldrich Law Firm, Ltd. and Proposed Intervenor FEDERAL HOUSING FINANCE AGENCY ("FHFA"), by and through their counsel, Leslie Hart, Esq., of Fennemore Craig, P.C., so hereby stipulate and agree to permit Plaintiff to file a response to the Motion to Intervene (Dckt. #28) filed by the FHFA on or before June 17, 2015.  The Response was due on June 15, 2015, but was not filed due to an administrative error.

/ / /

/ / /

The parties ask that the Court extend the time and consider the Response and permit the FHFA an opportunity for a reply to the same before ruling on the Motion. This is Plaintiff's first request.

Dated this 17th day of June, 2015.

**ALDRICH LAW FIRM, LTD.**

/s/ John P. Aldrich
John P. Aldrich, Esq.
Nevada Bar No. 6877
Stephanie Cooper, Esq.
Nevada Bar No. 5919
1601 S. Rainbow Blvd., Suite 160
Las Vegas, Nevada 89146
Tel (702) 853-5490
Fax (702) 227-1975
*Attorneys for Plaintiff*

Dated this 17th day of June, 2015.

**FENNEMORE CRAIG**

/s/ Leslie Bryan Hart
Leslie Bryan Hart, Esq.
Nevada Bar No. 4932
John Tennert, Esq.
Nevada Bar No. 11728
300 E. Second Street, Suite 1510
Reno, Nevada 89501
Tel (775) 788-2228
Fax (775) 788-2229
*Attorneys for Proposed Intervenor*

Dated this 17th day of June, 2015.

**WRIGHT, FINLAY & ZAK**

/s/ Dana Nitz
Dana Nitz, Esq.
Nevada Bar No. 50
Paterno Jurani, Esq.
Nevada Bar No. 8136
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
Tel (702) 475-7964
Fax (702) 946-1345
*Attorneys for Federal National Mortgage Association*

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated this 18th day of June, 2015.

_____
United States Magistrate Judge