# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

SUMMIT CANYON RESOURCES, LLC,

    Plaintiff,

vs.

GEORGE A. TANKSLEY, *et al.*,

    Defendants.

2:15-cv-00656-RFB-VCF

**ORDER**

    Before the court is the Federal Housing Finance Agency's motion to intervene, as conservator of the Federal National Mortgage Association. (#28).  The Federal Housing Finance Agency ("FHFA" or "Conservator"), as Conservator for Defendant Federal National Mortgage Association ("Fannie Mae"), seeks to intervene in the above-captioned action pursuant to 12 U.S.C. § 4617(b)(2)(A)(i) and Fed. R. Civ. P. 24(b).  *Id.*  On September 6, 2008, FHFA's Director appointed the FHFA Conservator of Fannie Mae and the Federal Home Loan Mortgage Association in accordance with the Housing and Economic Recovery Act of 2008, Pub. L. 110-289, 122 Stat. 2654 (codified at 12 U.S.C.§ 4617) ("HERA").  The FHFA, as Conservator, has succeeded to "all rights, titles, powers, and privileges" of Fannie Mae, including its right to sue and be sued in the federal courts. 12 U.S.C. § 4617(b)(2)(A)(i).

    Here, Federal Housing Finance Agency is allowed to intervene in this action pursuant to 12 U.S.C. § 4617(b)(2)(A)(i) and Fed. R. Civ. P. 24(b);

    Accordingly, for good cause shown,

    IT IS HEREBY ORDERED that the Federal Housing Finance Agency's Motion to Intervene (#28) is GRANTED. The proposed Answer and Counterclaims by Intervenor the Federal Housing Finance Agency as Conservator for the Federal National Mortgage Association (#28-1) must be filed no later than July 31, 2015.

1   DATED this 20th day of July, 2015.

2

3

4   _____
    CAM FERENBACH
5   UNITED STATES MAGISTRATE JUDGE