AARON R. MAURICE, ESQ.
Nevada Bar No. 006412
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 009515
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:   amaurice@klnevada.com
          jblum@klnevada.com

Attorneys for Defendant
First American Trustee Servicing Solutions, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SUMMIT CANYON RESOURCES, LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GEORGE A TANKSLEY; LASHAWN THOMPSON-TANKSLEY; FEDERAL NATIONAL MORTGAGE ASSOCIATION; FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC; CITIMORTGAGE, INC., DOES I through V, inclusive; and ROE CORPORATIONS, I through V, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 2:15-cv-00656-RFB-VCF<br><br>***EX PARTE* MOTION TO REMOVE NAMES FROM CM/ECF SERVICE LIST** |

　　　　Aaron R. Maurice, Esq. and Jonathan D. Blum, Esq., of Kolesar & Leatham, bring this Ex Parte Motion to Remove Counsel from CM/ECF Service List in the above-referenced matter.

　　　　Kolesar & Leatham previously represented Defendant, First American Trustee Servicing Solutions, LLC in this matter. On April 24, 2015, this Court entered an Order on Stipulation Granting [Dkt. 17] Stipulation Order to Dismiss First American Trustee Servicing Solutions, LLC Without Prejudice [Dkt. 6]. It is no longer necessary that Kolesar & Leatham receive CM/ECF

notice.

Therefore, Kolesar & Leatham requests that it be removed from the CM/ECF service list.

DATED this 20 day of July, 2015.

KOLESAR & LEATHAM

By _____
AARON R. MAURICE, ESQ.
Nevada Bar No. 006412
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 009515
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

Attorneys for Defendant
First American Trustee Servicing Solutions, LLC

## ORDER

**IT IS SO ORDERED.**

DATED this 21st day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by

**KOLESAR & LEATHAM**

_____
AARON R. MAURICE, ESQ.
Nevada Bar No. 006412
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 009515
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

Attorneys for Defendant
First American Trustee Servicing Solutions, LLC