# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SUMMIT CANYON RESOURCES, LLC, | |
| Plaintiff, | 2:15-cv-00656-RFB-VCF |
| vs. | **ORDER** |
| GEORGE A TANKSLEY, *et al.*, | |
| Defendants. | |

Before the court the Joint Motion to Stay Discovery (#49). The parties request a six-week stay of discovery and to extend Plaintiff's deadline to file a response to FHFA's counterclaims. *Id.* Plaintiff/Counterdefendant Summit Canyon Resources, LLC filed its Answer to FHFA's counterclaims on August 11, 2015. (#51). No opposition has been filed and there are no pending dispositive motions in this matter.

The Court has considered the joint motion in light of the goals of Rule 1 to "secure the just, speedy, and inexpensive" determination of all cases.

For good cause shown, IT IS HEREBY ORDERED that the motion to stay is GRANTED in part and DENIED in part as follows. The request for a six week stay of discovery is granted. The proposed discovery plan and scheduling order must be filed on or before October 13, 2015. Plaintiff/Counterdefendant Summit Canyon Resources, LLC's request for an extension is DENIED as moot.

DATED this 31st day of August, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE