# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

SUMMIT CANYON RESOURCES, LLC,

        Plaintiff,

vs.

GEORGE A TANKSLEY, *et al.*,

        Defendants.

2:15-cv-00656-RFB-VCF

**ORDER**

      Before the Court is *Summit Canyon Resources, LLC v. George A Tanksley, et al.*, case no. 2:15-cv-00656-RFB-VCF.

      IT HEREBY ORDERED that a status hearing is scheduled for 11:15 a.m., June 6, 2016, in courtroom 3D.

      DATED this 16th day of May, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE