Dana Jonathon Nitz, Esq. (SBN 0050)
Christina V. Miller, Esq. (SBN 12448)
WRIGHT, FINLAY & ZAK, LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
Tel: 702-475-7964; Fax: 702-946-1345
dnitz@wrightlegal.net; cmiller@wrightlegal.net
*Attorneys for Defendant/Counterclaimant Federal National Mortgage Association*

Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228   Fax: 775-788-2229
lhart@fclaw.com; jtennert@fclaw.com

(Admitted *Pro Hac Vice*)
Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.
ARNOLD & PORTER LLP
555 12th Street NW, Washington, DC 20004
Tel: 202-942-5000   Fax: 202-942-5999
Asim.Varma@aporter.com; Howard.Cayne@aporter.com;Michael.Johnson@aporter.com

*Attorneys for Intervenor/Counterclaimant Federal Housing Finance Agency*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SUMMIT CANYON RESOURCES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE A. TANKSLEY; LASHAWN THOMPSON-TANKSLEY; FEDERAL NATIONAL MORTGAGE ASSOCIATION; FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC; CITIMORTGAGE, INC.; DOES I-V, inclusive; and ROE CORPORATIONS I-V, inclusive,<br><br>Defendants,<br>and<br><br>FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal National Mortgage Association,<br>Intervenor. | CASE NO.: 2:15-cv-00656-RFB-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON FEDERAL NATIONAL MORTGAGE ASSOCIATION AND FEDERAL HOUSING FINANCE AGENCY'S MOTION FOR SUMMARY JUDGMENT** |

|   |   |
|---|---|
| 1 | FEDERAL NATIONAL MORTGAGE ASSOCIATION, a government sponsored entity; and FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal National Mortgage Association, |
| 2 | |
| 3 | |
| 4 | Counterclaimants, |
|   | vs. |
| 5 | SUMMIT CANYON RESOURCES, LLC, a Nevada limited liability company; WATERFALL HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation, |
| 6 | |
| 7 | |
|   | Counter-Defendants. |
| 8 | CITIMORTGAGE, INC., |
| 9 | Third-Party Plaintiff, |
| 10 | vs. |
| 11 | WATERFALL  HOMEOWNER ASSOCIATION; and ALESSI & KOENIG, LLC, |
| 12 | |
|   | Third-Party Defendants. |

Defendant/Counterclaimant Federal National Mortgage Association ("Fannie Mae"); Intervenor/Counterclaimant Federal Housing Finance Agency ("FHFA"); Plaintiff/Counter-Defendant Summit Canyon Resources, LLC ("Summit Canyon"); and Defendant/Counter-Defendant Waterfall Homeowner Association ("HOA"), by and through their undersigned counsel, hereby agree and stipulate as follows:

WHEREAS, on October 12, 2015, Summit Canyon filed a Motion for Leave to File an Amended Complaint. (ECF No. 54.) The proposed Amended Complaint included claims in the alternative against the HOA and Alessi & Koening, LLC.

WHEREAS, on June 30, 2016, Fannie Mae and FHFA filed a Motion for Summary Judgment ("MSJ") requesting that the Court grant judgment in Fannie Mae's favor on Summit Canyon's declaratory relief and quiet title claims; and declare that:

- 12 U.S.C. § 4617(j)(3) preempts any Nevada law that otherwise would permit a foreclosure of an HOA lien to extinguish a property interest of Fannie Mae while it is under FHFA's conservatorship;

- the HOA Sale did not extinguish Fannie Mae's interest in the Property and thus the Deed of Trust continues to encumber the Property; and

- Fannie Mae's request for quiet title is granted insofar as any interest of the Plaintiff in the Property is subject to Fannie Mae's first secured interest in the Property.

(ECF No. 73.)

WHEREAS, Summit Canyon filed its Response to the MSJ on July 18, 2016 (ECF No. 79), the HOA filed a Joinder to Summit Canyon's Response on July 19, 2016 (ECF No. 80), and Fannie Mae and FHFA filed their Reply to Summit Canyon's Response to MSJ on August 4, 2016 (ECF No. 90).

WHEREAS, on September 21, 2016, this Court granted Summit Canyon's Motion for Leave to File an Amended Complaint. (ECF No. 93.) On September 22, 2016, Summit Canyon filed its Amended Complaint. (ECF No. 94.)

WHEREAS, the Amended Complaint did not alter any allegations or claims as between Summit Canyon and Fannie Mae and FHFA that are addressed in the MSJ.

IT IS HEREBY AGREED AND STIPULATED that the MSJ is fully briefed. Because the Amended Complaint did not alter any allegations or claims as between Summit Canyon and Fannie Mae and FHFA, the Parties agree that the MSJ briefing shall be deemed to apply to the Amended Complaint as the claims relate to Summit Canyon and Fannie Mae and FHFA and the MSJ is therefore ripe as between those parties for this Court's consideration. The remaining claims brought in the Amended Complaint as between Summit Canyon and the HOA and Alessi & Koenig are not included in the pending Motion for Summary Judgment and shall be addressed in a separate dispositive motion, if at all.

Signature Page to Follow

DATED this 21st day of October, 2016.

| | |
|---|---|
| **WRIGHT, FINLAY & ZAK, LLP** | **FENNEMORE CRAIG, P.C.** |
| By:   /s/   Dana Jonathon Nitz<br>   Dana Jonathon Nitz, Esq. (SBN 0050)<br>   Christina V. Miller, Esq. (SBN 12448)<br>   7785 W. Sahara Ave., Suite 200<br>   Las Vegas, NV  89117<br>   Tel:  702-475-7964  Fax 702-946-1345<br>   dnitz@wrightlegal.net;<br>   cmiller@wrightlegal.net<br><br>*Attorneys for Defendant/Counterclaimant*<br>*Federal National Mortgage Association* | By:   /s/   Leslie Bryan Hart<br>   Leslie Bryan Hart, Esq. (SBN 4932)<br>   John D. Tennert, Esq. (SBN 11728)<br>   300 E. Second St., Suite 1510<br>   Reno, Nevada 89501<br>   Tel: 775-788-2228   Fax: 775-788-2229<br>   lhart@fclaw.com; jtennert@fclaw.com<br>        and<br>**ARNOLD & PORTER LLP**<br>(Admitted *Pro Hac Vice*)<br>Asim Varma, Esq.<br>Howard N. Cayne, Esq.<br>Michael A.F. Johnson, Esq.<br><br>*Attorneys for Intervenor/Counterclaimant*<br>*Federal Housing Financing Agency* |
| **ALDRICH LAW FIRM, LTD** | **BOYAK ORME & TAYLOR** |
| By:   /s/   Stephanie Cooper<br>   John P. Aldrich, Esq. (SBN 6877)<br>   Stephanie Cooper, Esq. (SBN 5919)<br>   1601 S. Rainbow Blvd, Ste 160<br>   Las Vegas, NV 89146<br>   Tel: 702-853-5490 Fax: 702-227-1975<br>   jaldrich@johnaldrichlawfirm.com<br>   stephanie@johnaldrichlawfirm.com<br><br>*Attorneys for Plaintiff/Counter-Defendant*<br>*Summit Canyon Resources, LLC* | By:   /s/   Kelly Blatnik<br>   Edward D Boyack, Esq. (SBN 5229)<br>   Kelley Blatnik, Esq. (SBN 12768)<br>   401 N. Buffalo Drive, Suite 202<br>   Las Vegas, NV 89145<br>   Tel: 702-562-3415 Fax: 702-562-3570<br>   ted@boyacklaw.com<br>   kelley@boyacklaw.com<br><br>*Attorneys for Defendants/Counter-Defendants*<br>*Waterfall Homeowner Association* |

**ORDER**

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED:  10/27/16

12191210.1/038236.0001