**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SUMMIT CANYON RESOURCES, LLC, a limited liability company, | CASE 2:15-cv-00656-RFB-VCF |
| Plaintiff, | |
| vs. | **ORDER GRANTING WATERFALL HOMEOWNERS ASSOCIATION'S MOTION TO COMPEL ALESSI & KOENIG OR ITS SUCCESSOR IN INTEREST TO DEPOSIT SALE PROCEEDS WITH CLERK OF COURT [DKT NO. 100]** |
| GEORGE TANKSLEY, an individual, LASHWAN TANKSLEY, an individual, FEDERAL NATIONAL MORTGAGE ASSOCIATION, CITIMORTGAGE, INC., et al | |
| Defendant(s) | |
| vs. | |
| WATERFALL HOMEOWNERS ASSOCIATION, a Domestic Non-Profit Corporation; et al | |
| Counter-Defendant(s) | |
| AND ALL RELATED ACTIONS | |



On November 28, 2016, a hearing was held before Magistrate Judge Cam Ferenbach regarding Waterfall Homeowners Association's ("HOA") motion to compel Alessi & Koenig to deposit sale proceeds with Clerk of Court. (Docket No. 100). Having reviewed the file, pleadings, heard oral arguments, and being otherwise fully apprised of the matter this COURT does HEREBY GRANT Waterfall Homeowners Association's ("HOA") motion to compel Alessi & Koenig to deposit sale proceeds with Clerk of Court (Docket No. 100).

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(a) On or before December 7, 2016, Mr. Steven Loizzi, counsel of record for Alessi & Koenig, shall certify in writing to this COURT the amount of funds received from the 4104

Order to Show Cause                                    Page **1** of 2

Helens Pouroff Ave foreclosure auction remaining in Alessi & Koenig trust account, AND

(b) On or before December 7, 2016, Mr. Loizzi, counsel of record for Alessi & Koenig, shall provide this COURT an accounting of all funds received from the 4101 Helens Pouroff Ave foreclosure auction at issue in this action including the distribution, location, and basis of distribution of said funds; AND

(c) On or before December 7, 2016, Mr. Steven Loizzi, counsel of record for Alessi & Koenig, shall cause that any and all remaining funds from the 4101 Helens Pouroff Ave foreclosure auction at issue in this matter be deposited with the Clerk of Court under this case number

IT IS SO ORDERED.

Dated: November 30, 2016

_____

CAM FERENBACH

United States Magistrate Judge