# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SUMMIT CANYON RESOURCES, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>GEORGE A TANKSLEY, *et al.*,<br><br>        Defendants. | 2:15-cv-00656-RFB-VCF<br><br>**ORDER** |

Before the Court is *Summit Canyon Resources, LLC v. George A Tanksley, et al.*, case no. 2:15-cv-00656-RFB-VCF.

In light of Judge Boulware's order (ECF No. 110) administratively staying this case,

IT IS HEREBY ORDERED that the hearing scheduled for January 17, 2017 is VACATED.

DATED this 3rd day of January, 2017.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE