# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SUMMIT CANYON RESOURCES, LLC,  Plaintiff,  vs.  GEORGE A. TANKSLEY, *et al.*,  Defendants. | 2:15-cv-00656-RFB-VCF  **ORDER**  [MOTION FOR PERMISSION TO APPEAR TELEPHONICALLY AT HEARING(ECF No.123)] |

Before the Court is the motion for permission to appear telephonically at hearing (ECF No. 123).

Accordingly,

IT IS HEREBY ORDERED that the motion for permission to appear telephonically at hearing (ECF No. 123) is GRANTED.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 6th day of January, 2017.

_____

CAM FERENBACH  
UNITED STATES MAGISTRATE JUDGE