# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

***

| | |
|---|---|
| SUMMIT CANYON RESOURCES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> GEORGE A. TANKSLEY, *et al.*, <br><br> Defendants. | Case No. 2:15-cv-00656-RFB-VCF <br><br> **ORDER** <br><br> MOTION TO SUBSTITUTE PLAINTIFF [ECF NO. 132] |

Before the Court is Plaintiff Summit Canyon Resources' Motion to Substitute Plaintiff. (ECF No. 132). For the reasons stated below, Summit Canyon Resources' motion is granted.

This case seeks to determine ownership of real property that was subject to an HOA foreclosure sale. (ECF No. 94). Summit Canyon Resources purchased the real property at the HOA foreclosure sale. (*Id.* at 5). On April 25, 2017, Summit Canyon Resources quitclaimed its interest in the real property to Champery Real Estate 2015, LLC. (ECF No. 132 at 6). Summit Canyon Resources now moves to substitute Champery Real Estate 2015 in as the plaintiff in this case. (*Id.* at 1). The motion is unopposed.

"If an interest is transferred, the action may be continued by or against the original party unless the court, on motion, orders the transferee to be substituted in the action or joined with the original party." Fed. R. Civ. P. 25(c). Summit Canyon Resources has transferred its interest in the real property at issue in this case to Champery Real Estate 2015. Defendants have not opposed the proposed substitution of

1

plaintiffs. Under LCR 47-3 "[t]he failure of an opposing party to include points and authorities in response to any motion constitutes a consent to granting the motion."

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that Summit Canyon Resources' Motion to Substitute Plaintiff (ECF No. 132) is GRANTED.

IT IS FURTHER ORDERED that the caption for this action is hereby modified to reflect the substitution of Champery Real Estate 2015, LLC in the place and stead of Summit Canyon Resources in this matter.

IT IS SO ORDERED.

DATED this 9th day of April, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE