# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Summit Canyon Resources, LLC

                Plaintiff,

v.

George A. Tanksley, et al

                Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:15-cv-00656-RFB-VCF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is hereby entered in favor of Summit Canyon Resources, LLC as to its quiet title only in relation to Defendants George A. Tanksley and LaShawn Thompson-Tanksley.

October 19, 2018  
Date

DEBRA K. KEMPI  
Clerk

/s/ M. Morrison  
Deputy Clerk