UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHAMPERY REAL ESTATE 2015, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GEORGE A. TANKSLEY, *et al.*, <br><br> Defendants. | Case No. 2:15-cv-00656-RFB-VCF <br><br> **ORDER** |

Before the Court for consideration is the Report and Recommendation of Magistrate Judge Cam Ferenbach.  ECF No. 148.  Judge Ferenbach recommends granting Defendant Federal National Mortgage Association's Motion to Claim Excess Proceeds.  Id.; ECF No. 145 (Motion).

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1).  A party may file specific written objections to the findings and recommendations of a magistrate judge.  28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a).  When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b).  However, when a party fails to object, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge.  Thomas v. Arn, 474 U.S. 140, 149 (1985).  Pursuant to Local Rule IB 3-2(a), objections were due by December 24, 2018.  No objections have been filed.  The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

1      **IT IS THEREFORE ORDERED** that the Report and Recommendation [ECF No. 148]
2 is ACCEPTED and ADOPTED in full.
3      **IT IS FURTHER ORDERED** that Plaintiff Federal National Mortgage Association's
4 Motion to Claim Excess Proceeds [ECF No. 145] is **GRANTED.** The Clerk of the Court shall
5 disburse the excess proceeds deposited with the Court on December 14, 2016 [ECF No. 120] to
6 Federal National Mortgage Association, totaling $82,504.48 plus the accrued interest.

    DATED: December 28, 2018.

**RICHARD F. BOULWARE, II**
**United States District Judge**